IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE LEE PATRICK, JR.**                                                                 **PETITIONER**
ADC # 94049

v.                          NO. 5:16CV00034-JLH-BD

**WENDY KELLEY, Director,**
Arkansas Department of Correction                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 7th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE